DEFENDANT :        1.  KATHERINE NOLAND

YEAR OF BIRTH:

ADDRESS:

COMPLAINT FILED?  _____ YES   __X__ NO

     IF YES, PROVIDE MAGISTRATE CASE NUMBER:  _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  _____ YES   __X__ NO

OFFENSE:   **COUNT 1:** Title 18, United States Code, Section 1956(a)(3)(B) and (C):
          Money Laundering

          **COUNT 2:** Title 18, United States Code, Sections 1960 and 2
          Operation of Unlicensed Money Transmitting Business and aiding and abetting

          NOTICE OF FORFEITURE

LOCATION OF OFFENSE
(County and State):            Boulder, Colorado

PENALTY:   **COUNT 1:** NMT 20 years imprisonment; $250,000.00 fine, or both;
          MNT 3 years Supervised Release, $100.00 Special Assessment Fee

          **COUNT 2:** NMT 5 years imprisonment; $250,000.00 fine, or both;
          NMT 3 years Supervised Release, $100.00 Special Assessment Fee

          NOTICE OF FORFEITURE

AGENT:      Special Agent Arran McWhirter
          ICE/HSI

AUTHORIZED BY:  Michele Korver
           Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less
__X__ over five days
_____ other

THE GOVERNMENT will seek detention in this case.

OCDETF case:  __X__ Yes   _____ No