DEFENDANT :       2.  THOMAS NOLAND

YEAR OF BIRTH:

ADDRESS:

<u>COMPLAINT FILED</u>?  _____  YES   __X__  NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>?  _____ YES   __X__ NO

OFFENSE:       **COUNT 2:**  Title 18, United States Code, Sections 1960 and 2
                  Operation of Unlicensed Money Transmitting Business and aiding and abetting

              NOTICE OF FORFEITURE

LOCATION OF OFFENSE
(County and State):       Boulder, Colorado

PENALTY:       **COUNTS 2:**  NMT 5 years imprisonment; $250,000.00 fine, or both;
                  NMT 3 years Supervised Release, $100.00 Special Assessment Fee

              NOTICE OF FORFEITURE

AGENT:       Special Agent Arran McWhirter
            ICE/HSI

AUTHORIZED BY:  Michele Korver
                  Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__X__ five days or less

_____ over five days

_____ other

THE GOVERNMENT will seek detention in this case.

OCDETF case:   __X__ Yes       _____ No