AO 442  (Rev. 11/11)  Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  14-cr-00401-RM |
| | ) | |
| 1.  KATHERINE NOLAND | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     KATHERINE NOLAND                                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

   Title 18, United States Code, Section 1956(a)(3)(B) and (C) - Money Laundering
   Title 18, United States Code, Sections 1960 and 2 - Operation of Unlicensed Money Transmitting Business and aiding and abetting


Date:    10/07/2014                                                                                          s/T.Lee
                                                                                              *Issuing officer's signature*

City and state:    Denver, CO                                                   Jeffrey P. Colwell, Clerk, U.S. District Court
                                                                                              *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                                                                          *Arresting officer's signature* |
|                                                                                              *Printed name and title* |