IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  14-cr-00401-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     KATHERINE NOLAND and
2.     THOMAS NOLAND,

        Defendants.

---

### NOTICE OF APPEARANCE AS COURT-APPOINTED COUNSEL
### ON BEHALF OF DEFENDANT THOMAS NOLAND

---

        COMES NOW the law office of John S. Tatum, P.C., and its associate, John S. Tatum, Esq., and hereby enters its appearance as court-appointed counsel of record for the above-named Defendant Thomas Noland pursuant to court appointment under CJA.

        Respectfully submitted this 13th day of October, 2014.

        Respectfully submitted,

        JOHN S. TATUM, P.C.

        s/ John S. Tatum
        John S. Tatum
        12351 East Cornell Avenue
        Aurora, Colorado  80014
        Telephone: (303) 750-6888
        Facsimile: (303) 750-8279
        Email: john@johntatumlaw.com

## CERTIFICATE OF SERVICE

  I hereby certify that on this 13th day of October, 2014, a true and correct copy of the foregoing *Notice of Appearance as Court-Appointed Counsel on Behalf of Defendant Thomas Noland* was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to parties of record, including the following:

Michele R. Korver, Esq.
Assistant United States Attorney
1225 17th Street East, Suite 700
Denver, CO 80202
Email: michele.korver@usdoj.gov

               s/ Mary Unrein

2