IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Emily Seamon<br>Court Reporter: Tammy Hoffschildt<br>Probation Officer: n/a | Date: November 10, 2014<br>Interpreter: n/a |

**CASE NO. 14-cr-00399-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Michele Korver |
| Plaintiff, | |
| v. | |
| 1. SEAN SWANSON, | Kathryn Stimson |
| Defendant. | |

**CASE NO. 14-cr-00401-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Michele Korver |
| Plaintiff, | |
| v. | |
| 1. KATHERINE NOLAND, and<br>2. THOMAS NOLAND, | Richard Stuckey<br>John Tatum |
| Defendants. | |

## COURTROOM MINUTES

**STATUS CONFERENCE**
**COURT IN SESSION: 11:52 a.m.**
Appearances of counsel.  Defendants are present on bond.

Statement by the Court regarding the subject matter of both cases being the same.  The Court does not intend to consolidate the cases, but to have a hearing in two separate cases that involve the same issue.

Statement by Ms. Korver regarding the bitcoin issue and the state of the law in this matter.

Discussion regarding two similar cases before Judge Arguello and Judge Martinez.

Discussion regarding Government's Unopposed Motion for an Ends of Justice Continuance and Excludable Time Pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(ii) and (iv) filed in both cases.

Statement by Ms. Stimson regarding the bitcoin concept and amount of discovery.

Statements by Mr. Stuckey and Mr. Tatum.

**ORDERED:** Government's Unopposed Motion for an Ends of Justice Continuance and Excludable Time Pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(ii) and (iv) [14-cr-00399-RM, Doc No 12, filed October 17, 2014] is **GRANTED**.  The Court finds that this matter is complex.  The ends of justice served by the granting of the continuance outweigh the best interests of the public at trial.  The Court grants a speedy trial exclusion from today's date through **March 10, 2015**.

**ORDERED:** Government's Unopposed Motion for an Ends of Justice Continuance and Excludable Time Pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(ii) and (iv) [14-cr-00401-RM, Doc No 22, filed October 16, 2014] is **GRANTED**.  The Court finds that this matter is complex.   The ends of justice served by the granting of the continuance outweigh the best interests of the public at trial.  The Court grants a speedy trial exclusion from today's date through **March 10, 2015**.

**ORDERED:** The reciprocal discovery deadline is reset to **December 15, 2014**.

**ORDERED:** A Status Conference in case 14-cr-00399-RM is set for **January 26, 2015 at 1:30 p.m.**  A Status Conference in case 14-cr-00401-RM is set for **January 26, 2015 at 2:30 p.m.**  The Court intends to set a motions date at that time.

**ORDERED:**  Bonds continued.

**COURT IN RECESS: 12:32 p.m.**
**Total in court time:   00:40**
**Hearing concluded**