IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00401-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     KATHERINE NOLAND, and
2.     THOMAS NOLAND,

        Defendants.
_____

**ENTRY OF APPEARANCE OF FORFEITURE COUNSEL FOR THE UNITED STATES**
_____

        COMES NOW the undersigned, a member of the bar of this Court, and herewith enters an appearance as forfeiture counsel for the United States.

        DATED this 18th day of November, 2014.

        Respectfully submitted,

        JOHN F. WALSH
        United States Attorney

By:  s/ *Tonya S. Andrews*
     Tonya S. Andrews
     Assistant U.S. Attorney
     U.S. Attorney's Office
     1225 Seventeenth Street, Ste. 700
     Denver, Colorado 80202
     Telephone: (303) 454-0100
     E-mail: tonya.andrews@usdoj.gov
     *Attorney for the United States*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 18th day of November, 2014, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

              s/ *Raisa Vilensky*
              FSA Data Analyst
              Office of the U.S. Attorney