IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date:   January 26, 2015 |
| Court Reporter: Tammy Hoffschildt | Interpreter: n/a |
| Probation Officer: n/a | |

**CASE NO.   14-cr-00401-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Michele Korver |
|          Plaintiff, | |
| v. | |
| 1.  KATHERINE NOLAND and | Richard Stuckey |
| 2.  THOMAS NOLAND, | John Tatum |
|          Defendants. | |

### COURTROOM MINUTES

**STATUS CONFERENCE**
**COURT IN SESSION:**   2:27 p.m.
Appearances of counsel.   Defendants are present and on bond.

Discussion held regarding status of the case.   Counsel for Defendants advise the Court that plea negotiations are ongoing.

**ORDERED:**   A Status Conference is set for **March 9, 2015, at 1:00 p.m.**   The presence of Defendants at the Status Conference is not required.   This hearing will be vacated if a Notice of Disposition is filed prior to March 9, 2015.

**ORDERED:**   All pretrial motions are due on or before **March 23, 2015.**   Responses to pretrial motions are due on or before **April 2, 2015.**

**ORDERED:**   Both defendants are continued on bond.

**COURT IN RECESS:**   2:41 p.m.
**Total in court time:**   00:14
**Hearing concluded**