## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Raymond P. Moore

Criminal Action No. 14-cr-00401-RM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  KATHERINE NOLAND,

        Defendant.

_____

## NOTICE OF DISPOSITION
_____

Defendant Katherine Noland, through her attorney Richard N. Stuckey, respectfully notifies the Court that she has reached a plea agreement in this case with the government.  Although not yet formalized in writing, it soon will be, and defendant asks the Court to set a change of plea hearing.

Assistant U.S. Attorney Michelle Korver has stated to the undersigned that she agrees with the foregoing.

    Dated: February 4, 2015.        s/ Richard N. Stuckey
                                                     Richard N. Stuckey, Attorney at Law
                                                     1801 Broadway, Suite 1100
                                                     Denver, CO  80202
                                                     303-292-0110
                                                     FAX: 303-292-0522
                                                     Email: dick@richardstuckeylaw.com
                                                     Attorney for Defendant Katherine Noland

CERTIFICATE OF SERVICE

      I hereby certify that on February 4, 2015, I electronically filed the foregoing Notice of Disposition with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all counsel entered in this case.

      s/Richard N. Stuckey
Richard N. Stuckey, Attorney at Law, PC
1801 Broadway, Suite 1100
Denver, CO 80202-3839
Office Phone: 303-292-0110
Fax Phone: 303-292-0522
E-mail dick@richardstuckeylaw.com
Attorney for Defendant Katherine Noland