**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 14-CR-000401-RM

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

1.   **KATHERINE NOLAND,**

    **Defendant.**

_____

**UNOPPOSED UNITED STATES MOTION TO CONTINUE
CHANGE OF PLEA HEARING DATE**
_____

    The United States of America, by United States Attorney John F. Walsh, and through the undersigned Assistant United States Attorney, hereby respectfully moves the Court to continue Ms. Noland's Change of Plea Hearing, currently set for Friday, March 20, 2015.

    In anticipation of this hearing, the undersigned is preparing a plea agreement which requires additional time and further review by management at the U.S. Attorney's because of the unique nature of the case.   In order for this to occur, and to allow time for defense counsel and his client to review and accept the agreement prior to the change of plea hearing, the parties are requesting an additional 7 days from the scheduled hearing to accomplish these tasks.

    The United States has conferred with Mr. Stuckey, attorney for Ms. Noland, and can represent that the defendant concurs with the granting of this motion.

Accordingly, the United States respectfully requests that the Court grant this motion and pursuant to a discussion by the parties with chambers, reset the hearing for Friday, March 27, 2015, or a date shortly thereafter which is convenient for the Court's schedule.

Respectfully submitted this 4th day of March, 2015.

> JOHN F. WALSH
> United States Attorney
>
> By:  *s/ Michele R. Korver*
> MICHELE R. KORVER
> Assistant United States Attorney
> 1225 Seventeenth Street, Ste. 700
> Denver, Colorado 80202
> Telephone:   (303) 454-0100
> michele.korver@usdoj.gov

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 4th day of March, 2015, I electronically filed the foregoing motion using the ECF system which will send notification of such filing to the following individuals:

All counsel of record

> *s/ Michele R. Korver*
> MICHELE R. KORVER
> Assistant United States Attorney