### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date:   March 9, 2015 |
| Court Reporter: Tammy Hoffschildt | Interpreter: n/a |
| Probation Officer: n/a | |

**CASE NO.   14-cr-00399-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Michele Korver |
| | Laura Hurd |
| Plaintiff, | |
| v. | |
| 1.  SEAN SWANSON, | Kathryn Stimson |
| Defendant. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CASE NO.   14-cr-00401-RM-2**

| Parties | |
|---|---|
| UNITED STATES OF AMERICA, | Michele Korver |
| | Laura Hurd |
| Plaintiff, | |
| v. | |
| 2.  THOMAS NOLAND, | John Tatum |
| Defendant | |

### COURTROOM MINUTES

**STATUS CONFERENCE**
**COURT IN SESSION:**     1:02 p.m.

Appearances of counsel.   Defendants are present and on bond.

Discussion held regarding the status of the case.

Counsel for the Government advises the Court that dispositions have been reached in both cases.   Notices of Dispositions will be filed by both defense counsel.

**ORDERED:**   A Status Conference is set **in both cases** for **April 13, 2015, at 1:00 p.m.**

**ORDERED:   Both defendants** are continued on bond.

**COURT IN RECESS:**       **1:16 p.m.**
**Total in court time:**        **00:14**
**Hearing concluded**