IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  14-cr-00401-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     KATHERINE NOLAND and
2.     **THOMAS NOLAND**,

        Defendants.

## DEFENDANT THOMAS NOLAND'S NOTICE OF DISPOSITION

        Defendant Thomas Noland, by counsel, the law office of John S. Tatum, P.C., hereby notifies the Court that a disposition of the charges pending against Mr. Noland has been reached, subject to final preparation, review and execution of the plea agreement documents, which we anticipate will be completed within the next fourteen days.  Mr. Noland requests that the matter be set for a Change of Plea Hearing at a time convenient to the Court and the parties.

        Respectfully submitted this 9th day of March, 2015.

        Respectfully submitted,

        JOHN S. TATUM, P.C.

        s/ John S. Tatum
        John S. Tatum
        12351 East Cornell Avenue
        Aurora, Colorado  80014
        Telephone: (303) 750-6888
        Facsimile: (303) 750-8279
        Email: john@johntatumlaw.com

CERTIFICATE OF SERVICE

       I hereby certify that on this 9th day of March, 2015, a true and correct copy of the foregoing DEFENDANT THOMAS NOLAND'S NOTICE OF DISPOSITION was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to parties of record, including the following:

Michele R. Korver, Esq.
Assistant United States Attorney
1225 17th Street East, Suite 700
Denver, CO 80202
Email: michele.korver@usdoj.gov

                              s/ Mary Unrein