IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   14-cr-00401-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    KATHERINE NOLAND,

        Defendant.

_____

**GOVERNMENT'S UNOPPOSED MOTION TO RESTRICT DOCUMENT**
_____

The United States of America, by and through United States Attorney John F. Walsh and the undersigned Assistant United States Attorney, respectfully moves to restrict the document and attachments, any Order revealing the contents of that document, and the Brief filed in support of this motion, for the reasons stated in the Brief filed in support of this motion. The United States requests a "Level 2" Restriction which would make the document and attachment, any Order revealing the contents of that document and the Brief filed in support of this motion, "Viewable by Selected Parties & Court" only.

Respectfully submitted this 26th day of March, 2015.

                                JOHN F. WALSH
                                United States Attorney

BY:   *s/Michele R. Korver*
        MICHELE R. KORVER
        Assistant U.S. Attorney
        United States Attorney's Office
        1225 17th Street, Suite 700
        Denver, Colorado 80202
        Telephone: (303)454-0100
        E-mail:  Michele.Korver@usdoj.gov
        Attorney for the Government