IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson<br>Court Reporter: Teri Lindblom<br>Probation Officer: n/a | Date:   March 27, 2015<br>Interpreter: n/a |

**CASE NO.   14-cr-00401-RM-1**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>1.   KATHERINE NOLAND,<br><br>          Defendant. | Michele Korver<br><br><br><br><br><br>Richard Stuckey |

## COURTROOM MINUTES

**CHANGE OF PLEA**
**COURT IN SESSION:        9:05 a.m.**
Appearances of counsel.   Defendant is present and on bond.

Defendant sworn and answers true name; Defendant is 18 years old.

**EXHIBITS:**   Court Exhibit 1 - Plea Agreement; Court Exhibit 2 - Statement by Defendant in Advance of Plea of Guilty.

Defendant waives reading of the Indictment.

Defendant advised of maximum penalties.

Defendant's right to trial by jury and other constitutional rights explained.

Defendant pleads GUILTY to Count 2 of the Indictment.

Court's findings and conclusions.

Court accepts plea of guilty.

Court defers acceptance of the Plea Agreement until the time of sentencing.

**ORDERED**:  Any pretrial motions still pending in this matter are **DENIED** as moot.

**ORDERED**:  Sentencing is set for **June 18, 2015, 2:30 p.m.**

**ORDERED:**  Defendant continued on bond.

Discussion held regarding Government's Motion for Leave to Restrict (Doc. 45).

**ORDERED:**  Government's Unopposed Motion to Restrict Document (Doc. 45) is GRANTED for reasons stated on the record. The Plea Agreement will be filed under Restricted Level 2.

**COURT IN RECESS:**     **10:05 a.m.**
**Total in court time:**     **01:00**
**Hearing concluded**