**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 14-CR-000401-RM

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

1.    KATHERINE NOLAND and
2.    **THOMAS NOLAND**,

    Defendants.

_____

**JOINT MOTION TO CONTINUE DEFENDANT THOMAS NOLAND'S CHANGE OF PLEA HEARING DATE**
_____

Defendant Thomas Noland and the United States of America by and through their respective counsel of record, hereby respectfully move the Court to continue Defendant Thomas Noland's Change of Plea Hearing, currently set for Monday, April 6, 2015. In support of this request, the parties inform the Court as follows:

1.    The parties represent in good faith that we agree in principal on a resolution; however, some details in the execution are yet to be resolved. We are reticent to recite those matters in a public pleading, but counsel are amenable to discussing the same further if the Court wishes to be more fully informed.

2.    As the Court is aware, and has itself noted in previous hearings, this is a unique case and it accordingly presents more, as it were, "interesting" issues in terms of factual basis analysis, assessment of comparative relevant conduct between defendants involved to differing degrees, and reduction of the final terms to writing than the normal "white collar" case. Counsel have recently exchanged

additional materials for consideration, have had preliminary discussions regarding these materials and are working to sort out the details previously referenced.

3. Once these details are resolved (and we reasonably believe they will be), further review by management at the U.S. Attorney's Office may be necessary. In order for this to occur, and to allow time for defense counsel and his client to review and accept the agreement prior to the change of plea hearing, and given the trial schedule of defense counsel this month, the parties request approximately thirty days from the scheduled hearing to accomplish these tasks.

4. Although for convenience this Motion is administratively filed by Counsel for Mr. Noland, we are authorized to state that Assistant United States Attorney Michele Korver joins in the relief requested herein.

WHEREFORE, the parties respectfully request that the Court continue the currently scheduled Change of Plea Hearing for approximately thirty days as may be convenient to the Court's docket.

Respectfully submitted this 2nd day of April, 2015.

JOHN S. TATUM, P.C.

s/ John S. Tatum
John S. Tatum
12351 East Cornell Avenue
Aurora, Colorado   80014
Telephone: (303) 750-6888
Facsimile: (303) 750-8279
Email: john@johntatumlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 2nd day of April, 2015, a true and correct copy of the foregoing JOINT MOTION TO CONTINUE CHANGE OF PLEA HEARING DATE was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to parties of record, including the following:

Michele R. Korver, Esq.
Assistant United States Attorney
1225 17th Street East, Suite 700
Denver, CO 80202
Email: michele.korver@usdoj.gov

                                              s/ Mary Unrein