IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-CR-000401-RM

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

1.    KATHERINE NOLAND and
2.    **THOMAS NOLAND**,

    Defendants.

___

**MOTION TO RESTRICT ACCESS TO ALIAS UNOPPOSED MOTION TO CONTINUE DEFENDANT THOMAS NOLAND'S CHANGE OF PLEA HEARING DATE TO LEVEL 2 ACCESS**
___

Defendant Thomas Noland by and through counsel John S. Tatum, P.C., hereby respectfully moves the Court for an Order Restricting Access to Level 2 Access pursuant to D.C.COLO.LCrR 47.1 to Defendant Nolan's *Restricted Alias Unopposed Motion To Continue Defendant Thomas Noland's Change Of Plea Hearing Date*. The grounds in support of this Motion to Restrict Access are set forth in the concurrently filed Brief In Support Of Unopposed Motion To Restrict.

WHEREFORE, the Mr. Noland respectfully requests that the Court enter an Order restricting said pleading to Level 2 access.

Respectfully submitted this 23rd day of April, 2015.

JOHN S. TATUM, P.C.


s/ John S. Tatum
John S. Tatum
12351 East Cornell Avenue
Aurora, Colorado   80014
Telephone: (303) 750-6888
Facsimile: (303) 750-8279
Email: john@johntatumlaw.com


CERTIFICATE OF SERVICE

    I hereby certify that on this 23rd day of April, 2015, a true and correct copy of the foregoing **MOTION TO RESTRICT ACCESS TO ALIAS UNOPPOSED MOTION TO CONTINUE DEFENDANT THOMAS NOLAND'S CHANGE OF PLEA HEARING DATE TO LEVEL 2 ACCESS** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to parties of record, including the following:

Michele R. Korver, Esq.
Assistant United States Attorney
1225 17th Street East, Suite 700
Denver, CO 80202
Email: michele.korver@usdoj.gov

s/ Mary Unrein