IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00401-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     KATHERINE NOLAND, and
2.     THOMAS NOLAND,

        Defendants.
_____

**ENTRY OF APPEARANCE OF FORFEITURE COUNSEL FOR THE UNITED STATES**
_____

To:    The clerk of court and all parties of record

      I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as forfeiture counsel for:

  United States of America

      DATED this 14th day of May, 2015.

                            Respectfully submitted,

                            JOHN F. WALSH
                            United States Attorney

                     By:  s/ *Laura B. Hurd*
                            Laura B. Hurd
                            Assistant U.S. Attorney
                            U.S. Attorney's Office
                            1225 Seventeenth Street, Ste. 700
                            Denver, Colorado 80202
                            Telephone: (303) 454-0100
                            E-mail: laura.hurd@usdoj.gov
                            *Attorney for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May, 2015, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

s/ *Raisa Vilensky*
FSA Data Analyst
Office of the U.S. Attorney