IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No. 14-cr-00401-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      KATHERINE NOLAND,

        Defendant.

---

**PRELIMINARY ORDER OF FORFEITURE**

---

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture (ECF No. 62) pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premises finds:

On October 7, 2014, the grand jury charged defendant Katherine Noland in Counts One and Two with violations of 18 U.S.C. § 1956(a)(3)(B) and (C) and 18 U.S.C. § 1960. The Indictment also sought forfeiture of any and all of defendant's right, title, and interest in all property, real or personal, involved, or all property traceable to such property of the offenses charged.

On March 27, 2015, the United States and defendant Katherine Noland entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 982(a)(1) and Rule 32.2 of the Federal Rules of Criminal Procedure. (Doc. 48). The defendant agreed to the forfeiture of the following assets:

1

  a. $12,410.00 in United States currency;

  b. 64.99255187 Bitcoins;

  c. Microsoft Surface computer, serial number 017420742153;

  d. Samsung Galaxy Note 3, serial number 256691512400004648;

  e. Mac Book Air computer, serial number C02G9BV8DJYC; and

  f. Apple IPhone 4S, serial number BCG-E2430A.

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT defendant's interest in the following:

  a. $12,410.00 in United States currency;

  b. 64.99255187 Bitcoins;

  c. Microsoft Surface computer, serial number 017420742153;

  d. Samsung Galaxy Note 3, serial number 256691512400004648;

  e. Mac Book Air computer, serial number C02G9BV8DJYC; and

  f. Apple IPhone 4S, serial number BCG-E2430A;

is forfeited to the United States in accordance with 18 U.S.C. § 982(a)(1). Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

 THAT the United States is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

 THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n), via a government website, for at least thirty consecutive

days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(1) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed.

The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings.  Fed. R. Crim. P. 32.2(c)(1).

THAT this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

DATED this 15th day of May, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge