AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 14-cr-401-RM |
| Thomas Noland | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 06/10/2015

_Defendant's signature_

_Signature of defendant's attorney_

John Tatum
_Printed name of defendant's attorney_

_Judge's signature_

Raymond P. Moore, United States District Judge
_Judge's printed name and title_