IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-401-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS NOLAND,

    Defendant.

---

## INFORMATION
### 18 U.S.C. § 4

---

The United States Attorney charges that:

On or about April 30, 2014, in the District of Colorado, the defendant, THOMAS NOLAND, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, operation of an unlicensed money transmitting business, did conceal the same by assisting an individual in a transaction involving the business, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, in violation of Title 18, United States Code, Section 4.

                                              JOHN F. WALSH
                                              United States Attorney

By: _____
          MICHELE R. KORVER
          Assistant United States Attorney