DEFENDANT:       THOMAS NOLAND

YOB:

ADDRESS:

COMPLAINT FILED?     _____ YES     _____ NO

     IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____
     IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? _____ YES     _____ NO

     IF NO, A NEW WARRANT IS REQUIRED

OFFENSE:    Title 18, United States Code, Section 4 – Misprision of a Felony

LOCATION OF OFFENSE:  Boulder County, Colorado
(County and State)

PENALTY:    NMT 3 years imprisonment;  NMT $250,000 fine, or both;  NMT 3 years supervised release;  $100.00 Special Assessment Fee

AGENT:       Gregory McGahey, Postal Inspector
               United States Postal Inspection Service

AUTHORIZED BY:       Michele R. Korver
                           Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

   X   five days or less      _____ over five days     _____ other

THE GOVERNMENT

_____ will seek detention in this case       X    will **not** seek detention in this case

The statutory presumption of detention is or **is not** applicable to this defendant. **(Circle one)**

OCDETF CASE:       X       Yes     _____ No
WC-CO-635