# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date:   June 10, 2015 |
| Court Reporter: Darlene Martinez | Interpreter: n/a |
| Probation Officer: n/a | |

**CASE NO.   14-cr-00401-RM-2**

| <u>Parties</u> | <u>Counsel</u> |
|---|---|
| UNITED STATES OF AMERICA, | Michele Korver |
| Plaintiff, | |
| v. | |
| 2.   THOMAS NOLAND, | John Tatum |
| Defendant. | |

# COURTROOM MINUTES

**CHANGE OF PLEA**
**COURT IN SESSION:**       1:34 p.m.
Appearances of counsel.   Defendant is present and on bond.

Discussion held regarding Government's Unopposed Motion to Restrict Document (Doc. 72) and the Brief in Support of Motion to Restrict (Doc. 73).

**ORDERED:**   Government's Unopposed Motion to Restrict Document (Doc. 72) is GRANTED.   The Plea Agreement will be filed at Restriction Level 2.

If the probation officer is unable to access the Plea Agreement, the Government is directed to provide a copy to the probation officer.

Discussion held regarding the factual basis for the plea.

Defendant sworn and answers true name; Defendant is 56 years old.

**EXHIBITS:**   Court Exhibit 1 - Plea Agreement; Court Exhibit 2 - Statement by Defendant in Advance of Plea of Guilty.

Defendant questioned regarding the Waiver of Indictment.

**ORDERED:**  The Waiver of Indictment and Information are accepted and will be filed.

Defendant waives reading of the Information

Defendant advised of maximum penalties.

Defendant's right to trial by jury and other constitutional rights explained.

Defendant pleads GUILTY to Count 1 of the Information.

Court's findings and conclusions.

Court accepts plea of guilty.

Court defers acceptance of the Plea Agreement until the time of sentencing.

**ORDERED**:  Any pretrial motions still pending in this matter are **DENIED** as moot.

**ORDERED**:  Sentencing is set for **September 2, 2015, at 4:00 p.m.**

**ORDERED:**  Defendant continued on bond.

Discussion held regarding Defendant's request for immediate sentencing.   The Court denies Defendant's request for immediate sentencing for reasons stated on the record.

**COURT IN RECESS:**    **2:32 p.m.**
**Total in court time:**    **00:57**
**Hearing concluded**