IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-CR-00401-RM

**UNITED STATES OF AMERICA,**

   Plaintiff,

v.

1.   **KATHERINE NOLAND,**

   Defendant.

---

**UNITED STATES §5K1.1 MOTION FOR DOWNWARD DEPARTURE
BASED ON SUBSTANTIAL ASSISTANCE**

---

JOHN F. WALSH, United States Attorney in and for the District of Colorado, by and through Assistant United States Attorney Michele R. Korver, hereby submits the United States Sentencing Guidelines Section 5K1.1 Motion for reduction of the defendant's sentence because of the substantial assistance rendered to the United States in the prosecution of other persons.  In support of this motion, the United States states as follows:

The factual basis supporting Ms. Noland's role in the relevant offense conduct of the case and related investigation and underpinning this motion is set forth generally in the written plea agreement entered into by the parties and filed with the Court.   The basis outlined in the plea agreement is here incorporated by reference.

Ms. Noland was interviewed by law enforcement officers assigned to this investigation, as well as law enforcement officers from another judicial district, and she provided truthful information as to her involvement with this offense and the involvement of others.   The defendant's information was significant and helpful to the Government's

ongoing investigations of criminal activities in the District of Colorado and elsewhere.

In consideration of the defendant's substantial assistance, the United States respectfully requests a U.S.S.G. §5K1.1 downward departure from the otherwise applicable advisory guideline range, and respectfully requests that the Court enter a sentence of 13 months home detention, followed by a term of supervised release.

Respectfully submitted this 11th day of June, 2015.

JOHN F. WALSH
UNITED STATES ATTORNEY
DISTRICT OF COLORADO

By: *s/Michele R. Korver*
MICHELE R. KORVER
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, Colorado   80202
Phone:   (303) 454-0100
Fax: (303) 454-0401
michele.korver@usdoj.gov
Attorney for Government

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 11, 2015, I electronically filed the foregoing with the Clerk of the Court which will notify the following individuals:

All counsel of record