IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-CR-00401-RM

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

1.    **KATHERINE NOLAND,**

    Defendant.
_____

**UNITED STATES MOTION TO DISMISS COUNT 1
OF THE INDICTMENT AS TO DEFENDANT KATHERINE NOLAND**
_____

    The United States of America, by United States Attorney John F. Walsh, and through the undersigned Assistant United States Attorney, pursuant to a plea agreement by the parties, hereby respectfully moves the Court to enter an Order dismissing Count 1 of the Indictment as to Defendant Katherine Noland

    Respectfully submitted this 11th day of June, 2015.

                                              JOHN F. WALSH
                                              United States Attorney
                               By:   *s/ Michele R. Korver*
                                              MICHELE R. KORVER
                                              Assistant United States Attorney
                                              1225 Seventeenth Street, Ste. 700
                                              Denver, Colorado 80202
                                              Telephone:  (303) 454-0100
                                              michele.korver@usdoj.gov

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 11th day of June, 2015, I electronically filed the foregoing motion using the ECF system which will send notification of such filing to the following individuals:

All counsel of record

*s/ Michele R. Korver*
MICHELE R. KORVER
Assistant United States Attorney