IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-CR-00401-RM

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

1. **KATHERINE NOLAND,**

    **Defendant.**

_____

### ORDER DISMISSING COUNT 1 OF THE INDICTMENT
### AS TO DEFENDANT KATHERINE NOLAND

_____

THIS MATTER comes before the Court on the United States' Motion to Dismiss Count 1 of the Indictment as to Defendant Katherine Noland. The Court having reviewed the Motion and being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is hereby GRANTED. Count 1 of the Indictment as to Defendant Katherine Noland is DISMISSED.

Dated this ____ day of _____, 2015, in Denver, Colorado.

                                                             BY THE COURT:

                                                              _____
                                                              RAYMOND P. MOORE
                                                              United States District Judge