IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00401-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    KATHERINE NOLAND,

        Defendant.

_____

## UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE
_____

    COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Laura B. Hurd, and moves this Court to enter a Final Order of Forfeiture in this case pursuant to 18 U.S.C. § 982(a)(1) and Rule 32.2(b) of the Federal Rules of Criminal Procedure.  In support thereof, the United States submits the following:

    1.    In Count Two of the Indictment in this case, the United States sought forfeiture pursuant to 18 U.S.C. § 982(a)(1) of the following property:

        a.    $12,410.00 in United States currency;

        b.    64.99255187 Bitcoins;

        c.    Microsoft Surface computer, serial number 017420742153;

        d.    Samsung Galaxy Note 3, serial number 256691512400004648;

        e.    Mac Book Air computer, serial number C02G9BV8DJYC; and

        f.    Apple IPhone 4S, serial number BCG-E2430A.

2. On March 27, 2015, defendant Katherine Noland entered into a plea agreement with the United States in which defendant agreed to forfeit to the United States the above-described property.  (Doc. 48).

3. Pursuant to the Plea Agreement, the Court entered a Preliminary Order of Forfeiture on May 15, 2015 (Doc. 63), forfeiting to the United States any and all of defendant Katherine Noland's right, title and interest in the following property:

   a. $12,410.00 in United States currency;

   b. 64.99255187 Bitcoins;

   c. Microsoft Surface computer, serial number 017420742153;

   d. Samsung Galaxy Note 3, serial number 256691512400004648;

   e. Mac Book Air computer, serial number C02G9BV8DJYC; and

   f. Apple IPhone 4S, serial number BCG-E2430A.

4. The Preliminary Order of Forfeiture further directed the United States to seize the subject property and to publish notice of the forfeiture.  The United States properly published notice of the forfeiture, via an official government internet website for thirty consecutive days, from May 16, 2015 to June 14, 2015, consistent with Federal Rule of Criminal Procedure 32.2(b)(6)(C).

5. The government was unaware of any other potential claimants to the property, absent the defendant.  Therefore, the government did not send direct notice to any third parties.

6. No Verified Statement of Interest or Petition of United States of America for Ancillary Hearing has been filed by any third parties within the time period set forth in

the Notice of Forfeiture.  Therefore, any third-parties are barred by their failure to timely file a petition asserting an interest in the property to be forfeited.

WHEREFORE, the United States moves this Court for entry of the Final Order of Forfeiture tendered herewith in accordance with 18 U.S.C. § 982(a)(1).

DATED this 6th day of July, 2015.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: s/ *Laura B. Hurd*
Laura B. Hurd
Assistant U.S. Attorney
U.S. Attorney's Office
1225 Seventeenth Street, Ste. 700
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: laura.hurd@usdoj.gov
*Attorney for the United States*

### CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July, 2015, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

s/ *Raisa Vilensky*
FSA Data Analyst
Office of the U.S. Attorney
