IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00401-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     KATHERINE NOLAND,

       Defendant.

## FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture.  The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 18 U.S.C. § 982(a)(1), as set forth in the Indictment returned on October 7, 2014;

THAT a Preliminary Order of Forfeiture was entered on May 15, 2015;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT the time for any other third-party to file a petition expired on June 14, 2015;

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 982(a)(1).

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 982(a)(1), free from the claims of any other party:

a. $12,410.00 in United States currency;

b. 64.99255187 Bitcoins;

c. Microsoft Surface computer, serial number 017420742153;

d. Samsung Galaxy Note 3, serial number 256691512400004648;

e. Mac Book Air computer, serial number C02G9BV8DJYC; and

f. Apple IPhone 4S, serial number BCG-E2430A;

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

SO ORDERED this _____ day of _____, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Court Judge