**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 14-cr-00401-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      KATHERINE NOLAND,

        Defendant.

---

**FINAL ORDER OF FORFEITURE**

---

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture (ECF No. 86).  The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 18 U.S.C. § 982(a)(1), as set forth in the Indictment returned on October 7, 2014;

THAT a Preliminary Order of Forfeiture was entered on May 15, 2015;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT the time for any other third-party to file a petition expired on June 14, 2015;

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 982(a)(1).

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 982(a)(1), free from the claims of any other party:

    a.    $12,410.00 in United States currency;

    b.    64.99255187 Bitcoins;

    c.    Microsoft Surface computer, serial number 017420742153;

    d.    Samsung Galaxy Note 3, serial number 256691512400004648;

    e.    Mac Book Air computer, serial number C02G9BV8DJYC; and

    f.    Apple IPhone 4S, serial number BCG-E2430A;

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

SO ORDERED this 6th day of July, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge