IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  14-cr-00401-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    KATHERINE NOLAND and
2.    **THOMAS NOLAND**,

       Defendants.

---

### DEFENDANT THOMAS NOLAND'S RESPONSE TO THE PRESENTENCE INVESTIGATION REPORT (DOC. #89)

---

Defendant Thomas Noland, by counsel, the law office of John S. Tatum, P.C., hereby responds to the Presentence Investigation Report (Doc. #89) as follows:

1. The Defendant and counsel wish to express our appreciation for the professional efforts of Senior US Probation Officer Justine Kozak in the preparation of a comprehensive and thorough Presentence Investigation Report.

2. The Defense has no objections to the Presentence Investigation Report. We concur in the conclusions and recommendations contained therein and we ask the Court to adopt and incorporate the same into the Court's anticipated Sentencing Order. We further request that the Court follow the recommendations of the Probation Department and to impose a sentence consistent with the recommendations.

Respectfully submitted this 17th day of August, 2015.

Respectfully submitted,

JOHN S. TATUM, P.C.


s/ John S. Tatum
John S. Tatum
12351 East Cornell Avenue
Aurora, Colorado  80014
Telephone: (303) 750-6888
Facsimile: (303) 750-8279
Email: john@johntatumlaw.com


CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August, 2015, a true and correct copy of the foregoing *DEFENDANT THOMAS NOLAND'S RESPONSE TO THE PRESENTENCE INVESTIGATION REPORT (DOC. #89)* was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to parties of record, including the following:

Michele R. Korver, Esq.
Assistant United States Attorney
1225 17th Street East, Suite 700
Denver, CO 80202
Email: michele.korver@usdoj.gov

s/ Mary Unrein

2