IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-CR-00401-RM

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

2.    **THOMAS NOLAND,**

    **Defendant.**

_____

**UNITED STATES MOTION TO DISMISS
INDICTMENT AS TO DEFENDANT THOMAS NOLAND**
_____

The United States of America, by United States Attorney John F. Walsh, and through the undersigned Assistant United States Attorney, pursuant to a plea agreement by the parties, hereby respectfully moves the Court to enter an Order dismissing the Indictment as to Defendant Thomas Noland.

Respectfully submitted this 1st day of September, 2015.

                      JOHN F. WALSH
                      United States Attorney
By:   *s/ Michele R. Korver*
                      MICHELE R. KORVER
                      Assistant United States Attorney
                      1225 Seventeenth Street, Ste. 700
                      Denver, Colorado 80202
                      Telephone:  (303) 454-0100
                      michele.korver@usdoj.gov

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 1st day of September, 2015, I electronically filed the foregoing motion using the ECF system which will send notification of such filing to the following individuals:

All counsel of record

*s/ Michele R. Korver*
MICHELE R. KORVER
Assistant United States Attorney