IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-CR-00401-RM

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**2.   THOMAS NOLAND,**

    **Defendant.**

_____

**ORDER DISMISSING THE INDICTMENT
AS TO DEFENDANT THOMAS NOLAND**

_____

THIS MATTER comes before the Court on the United States' Motion to Dismiss the Indictment as to Defendant Thomas Noland.  The Court having reviewed the Motion and being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is hereby GRANTED.  The Indictment as to Defendant Thomas Noland is DISMISSED.

Dated this ____ day of _____, 2015, in Denver, Colorado.

                                                          BY THE COURT:

                                                          _____
                                                          RAYMOND P. MOORE
                                                          United States District Judge