**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy:  Valeri Barnes<br>Court Reporter:  Tammy Hoffschildt<br>Probation Officer:  Justine Kozak | Date:  September 2, 2015<br>Interpreter: n/a |

**CASE NO.   14-cr-00401-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Michele Korver |
|    Plaintiff, | |
| v. | |
| 2.  THOMAS NOLAND, | John Tatum |
|    Defendant. | |

**COURTROOM MINUTES**

**SENTENCING HEARING
COURT IN SESSION:      2:02 p.m.**

Appearances of counsel.   Defendant is present and on bond.

Defendant entered his plea on June 10, 2015, to Count 1 of the Information. The Court formally accepts the Plea Agreement at this hearing.

Counsel for the Government addresses the Court regarding sentencing.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant addresses the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, THOMAS NOLAND, is hereby sentenced to a term of **TIME SERVED**.

**ORDERED:**  Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**  Defendant shall pay a **fine** of $500.00, due and payable immediately.

**ORDERED:**  Any notice of appeal must be filed within 14 days.

**ORDERED**:   Bond is exonerated.

**ORDERED:**  Granting United States Motion to Dismiss Indictment as to Defendant Thomas Noland (Doc. 94).   Written Order to follow.

**Court in recess:    2:15 p.m.**
Hearing concluded.
Total time:   13 min