IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No. 14-CR-00401-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    THOMAS NOLAND,

    Defendant.

___

ORDER DISMISSING THE INDICTMENT
AS TO DEFENDANT THOMAS NOLAND
___

THIS MATTER comes before the Court on the United States' Motion to Dismiss the Indictment as to Defendant Thomas Noland [ECF No. 94]. The Court having reviewed the Motion and being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is hereby GRANTED. The Indictment as to Defendant Thomas Noland is DISMISSED.

DATED this 2nd day of September, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge