|  |  |
|---|---|
| PEOPLE OF THE STATE OF COLORADO<br>v.<br>Defendant: Katherine Day Noland | FILED<br>U.S. DISTRICT COURT<br>DISTRICT OF COLORADO<br>2019 OCT -8 PM 2:43<br>JEFFREY P. COLWELL<br>CLERK<br>▲ COURT USE ONLY ▲<br>BY_____DEP. CLK |
| Attorney or Party Without Attorney (Name and Address):<br>Katherine Day Noland<br>891 14th St #3107<br>Denver, CO 80202<br>Phone Number: 720 323-3000  E-mail: katienoland9@gmail.com | Case Number: 1:14-cr-00401-RM<br><br>Division        Courtroom A 601 |
| **MOTION FOR EARLY TERMINATION OF PROBATION** | |

My sentence date was: 6-18-2015.   My expected termination date is: 6-18-2020.

**I request to terminate probation early for the following reasons (Check all that apply):**

**Explain below if a box is not checked.**

☑ I have completed all conditions of my probation (community service hours, classes, treatment, etc.)
☑ I have paid all of my fines, fees, court costs, and restitution.
   *(Obtain financial printout from Court and attach).
☑ I have not re-offended or had any contact with law enforcement since sentencing.
☑ I have been compliant with monitored sobriety with no missed or positive tests.
☑ My Probation Officer has no objection to early termination.
☐ Other (Be specific):

PO says that I could be a great candidate to petition for early termination

Date: 10-8-19

Katie Noland
Defendant's Signature
891 14th St #3107
Address
Denver, CO 80202
City, State and Zip Code
720 323 3000
Telephone Number (Home)          (Work)

## CERTIFICATE OF SERVICE

I certify that on 10-8-19 (date) a true and accurate copy of the Motion For Early Termination of Probation was served on the other party by: ☑Hand Delivery, ☐Faxed to this number _____,
or ☐by placing it in the United States mail, postage pre-paid, and addressed to the following:

To: US District Court Clerk
901 19th St
Denver, CO 80294

☐ Other Probation Departments (private)
_____
_____
_____

Katie Noland
Defendant's Signature