IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 14-cr-00401-RM

UNITED STATES OF AMERICA,

         Plaintiff,

v.

1.    Katherine Noland

         Defendant.

---

### ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 16th day of October 2019.

                                    JASON R. DUNN
                                    United States Attorney

By:    s/ Jeremy Sibert
          Assistant United States Attorney
          United States Attorney's Office
          1801 California Street, Suite 1600
          Denver, Colorado 80202
          Telephone: 303-454-0100
          Fax: 303-454-0405
          Email: Jeremy.Sibert@usdoj.gov

          Attorney for the Government

## CERTIFICATE OF SERVICE

I certify that on this 16th day of October, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: *s/ Kayla Keiter*
Legal Assistant
United States Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202