IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00401-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.   KATHERINE DAY NOLAN

        Defendants.

## GOVERNMENT'S RESPONSE TO COURT'S ORDER ON EARLY TERMINATION

        The United States of America (the government), by and through Jeremy Sibert, Assistant United States Attorney for the District of Colorado, consulted with U.S. Probation on Ms. Nolan. Based on that conversation, Ms. Nolan has complied fully with his terms of supervised release as of this date.  The government, based upon having no other knowledge or communication with Ms. Nolan, leaves Ms. Nolan's request for Early Termination of Probation to the discretion of this Honorable Court.

        Respectfully submitted on 22nd of October, 2019.

        JASON R. DUNN
        UNITED STATES ATTORNEY


        s/Jeremy S. Sibert
        *Jeremy S. Sibert*
        Assistant U.S. Attorney
        1801 California St. Suite 1600
        Denver, Colorado   80202

                  (303) 454-0100
                  FAX: (303) 454-0403
                  Email: jeremy.sibert@usdoj.gov
                  Attorney for the government

## CERTIFICATE OF SERVICE

   I hereby certify that the **GOVERNMENT'S RESPONSE** was furnished to the following via the CM/ECF system on this 22nd Day of October 2019.

Lawyers of Record

                    <u>/Jeremy Sibert</u>
                    Jeremy Sibert
                    U.S. Attorney's Office
                    1801 California St. Suite 1600
                    Denver, Colorado 80202
                    Telephone: (303) 454-0100
                    Fax:  (303) 454-0406