IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Action No. 14-cr-00401-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. KATHERINE NOLAND,

       Defendant.

---

### ORDER TERMINATING PROBATION
### PRIOR TO ORIGINAL EXPIRATION DATE

---

This matter comes before the Court on Defendant's Motion for Early Termination of Probation (ECF No. 104). The Court ordered the Government to respond to the defendant's motion. The Government filed a response (ECF No. 107) indicating that it was not opposed to the defendant's probation being terminated early. In addition, the Court has reviewed the formal position of the Probation Department as well as the original presentence report. Based on the Court's review, it is

ORDERED that the defendant's probation be terminated, that she be discharged from probation, and that the proceedings in this matter be terminated.

DATED this 23rd day of October, 2019.

BY THE COURT:

       /s/ Raymond P. Moore
       _____
       RAYMOND P. MOORE
       United States District Judge